478 A.2d 98

Commonwealth v. Payne, Appellant.

634

Submitted January 4, 1984. Jay S. Gottlieb, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.